Greenwald, Pauly & Miller
A Professional Corporation

ANDREW S. PAULY (SBN 90145) and
ANDREW J. HALEY (SBN 202900), Members of
GREENWALD, PAULY & MILLER,
A Professional Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Telephone: (310) 451-8001
Facsimile: (310) 395-5961
apauly@gpfm.com
ahaley@gpfm.com

Attorneys for Claimant and Appellant
REPUBLIC CREDIT ONE, L.P.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RICHARD V. VALDES,<br><br>    Debtor.<br><br>_____<br><br>REPUBLIC CREDIT ONE, L.P.<br><br>    Appellant,<br><br>v.<br><br>RICHARD A. MARSHACK, Chapter 7 Trustee<br><br>    Appellee. | District Court Case No. SACV14-01569DOC<br><br>[Bankruptcy Case No. 8:09-bk-23483-RK]<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION DISMISSING APPEAL** [15] |

Greenwald,
Pauly & Miller
A Professional
Corporation

The Court has read and considered the Stipulation Dismissing the Appeal ("Stipulation") between Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Appellee") for the bankruptcy estate of Richard V. Valdes, and Republic Credit One, L.P. ("Appellant"), filed on April 17, 2015, and has found good cause to approve the Stipulation.

**IT IS ORDERED** that the Stipulation is approved as follows:

The appeal is hereby dismissed with prejudice. Each party is to bear their own attorneys' fees and costs on appeal.

Dated: April 21, 2015

*David O. Carter*
District Court Judge David O. Carter